DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AHMED ALY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2319

[August 5, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura B. Laurie, Judge; L.T. Case No. 50-2020-MH-002436-XXXX-SB.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jacqueline I. Kurland, Senior Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***